[No. 23242-5-III. Division Three. January 19, 2006.]

THE STATE OF WASHINGTON, *Appellant,* v. DEBRA M. GEORGE, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01380-4, Robert D. Austin, J., entered July 2, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Brown, J.

[No. 23329-4-III. Division Three. January 19, 2006.]

*In the Matter of the Marriage of* JOHN J. DEMAKAS, *Appellant,* and KATHLEEN M. DEMAKAS, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-3-00716-1, Linda G. Tompkins, J., entered August 26, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Brown, J.

[No. 53611-7-I. Division One. January 23, 2006.]

FREDRIC SANAI ET AL., *Appellants,* v. SASSAN SANAI ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-10983-3, Thomas J. Wynne, J., entered February 24, 2004. *Affirmed* by unpublished per curiam opinion.